IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 3:11-CR-00237-3 |
| v. | ) | |
| | ) | |
| RAFI MOHAMMED | ) | |

## MOTION TO CONTINUE TRIAL AND ENLARGE PLEA DEADLINE

COMES NOW the Defendant, Rafi Mohammed, by and through his undersigned counsel, and hereby moves this Honorable Court for the entry of an Order (1) continuing the trial from July 10, 2012 to a date no earlier than October, 2012; and, (2) resetting the plea related deadlines consistent with the standard order of this Court. In support hereof, Defendant Rafi Mohammed states as follows:

1. This matter is currently set for trial on July 10, 2012. (Docket Entry 31). This is a first trial setting of this case.

2. Defendant Mohammed anticipates that, with additional time, this matter will be for plea rather than trial. However, a resolution of this case cannot be reached in the time remaining before the July 10, 2012 trial setting.

3. Currently, Defendant I Mohammed and the government are exploring a potential resolution of this case which may require an extended period of discussion and investigation.

5. Assistant United States Attorney Van Vincent has authorized undersigned counsel to report that the government has no objection to a continuance of the trial.

6. Filed contemporaneously under separate cover is a properly executed Waiver of

1