**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00237 |
| | ) | Judge Trauger |
| [1] OLEKSANDR VYSHNEVSKYY | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday,

October 9, 2012, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 26th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge